**BLACKLINE COPY**

**ORDINANCE - To Amend and Reordain Section 22-195 of the Code of the County of Henrico Titled "Distributing handbills, soliciting contributions or selling merchandise in highway" in order to cover persons not standing in the highway and to prohibit the sale or attempted sale of services**

AN ORDINANCE to amend and reordain Section 22-195 of the Code of the County of Henrico titled "Distributing handbills, soliciting contributions or selling merchandise in highway."

BE IT ORDAINED BY THE BOARD OF SUPERVISORS OF HENRICO COUNTY, VIRGINIA:

1.   That Section 22-195 of the Code of the County of Henrico be amended and reordained as follows:

**Sec. 22-195. Distributing handbills, soliciting contributions or selling merchandise or services in highway.**

(a) It shall be unlawful for any person while ~~standing~~ in the highway to:

   (1) Distribute handbills, leaflets, bulletins, literature, advertisements or similar material to the drivers of motor vehicles or passengers therein on highways located within the county.

   (2) Solicit contributions of any nature from the drivers of motor vehicles or passengers therein on highways located within the county.

   (3) Sell or attempt to sell merchandise **or services** to the drivers of motor vehicles or passengers therein on highways located within the county.

(b) For purposes of this section, the term "highway" means the entire width of a road or street that is improved, designed, or ordinarily used for vehicular travel and the shoulder, the median, and the area between the travel lane and the back of the curb.

2.   That this ordinance shall be in full force and effect on and after its passage.

Plaintiff's Exhibit "A"